# STERNS & WEINROTH
A PROFESSIONAL CORPORATION
## COUNSELLORS AT LAW
50 WEST STATE STREET
SUITE 1400
P.O. BOX 1298
TRENTON, NEW JERSEY 08607-1298
(609) 392-2100
FACSIMILE
(609) 392-7956
WWW.STERNSLAW.COM

Member, NJ, NY and GA Bars
Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney
Michael A. Spero: (609) 989-5009
e-mail: mspero@sternslaw.com

File No.: 51170-55

CHAMBERS OF
JUDGE MARRERO

February 10, 2011

Hon. Victor Marrero, J.U.S.D.C.
United States District Court
Southern District of New York
Suite 660
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/11

Re: **Riviera Finance of Texas, Inc. vs. Capgemini U.S., LLC, 10 Civ. 5489 (VM)**

Dear Judge Marrero:

The undersigned represents plaintiff in the referenced matter. I write to you with the consent of my adversary, Gerald D. Silver, Esq.

There is presently scheduled a case management conference before Your Honor for February 18, 2011 at 11:00 a.m. I write to request that this conference be adjourned and that it be combined with the settlement conference presently scheduled for April 15, 2011. ~~The parties have completed paper discovery, but have fallen a bit behind in the taking of~~ depositions. The depositions of plaintiff's representatives are scheduled for March 30, 2011 and will be taken in San Jose, CA. The deposition of defendant's representative will take place the following week.

For the foregoing reasons, it is respectfully requested that our next conference with Your Honor take place on April 15, 2011.

Respectfully yours,

Michael A. Spero

MAS:er
Cc: Gerald D. Silver, Esq.

{00383528;v1}

> Request GRANTED. The next status conference herein is rescheduled to 4-15-11 at 10:15 a.m. The settlement conference indicated on the existing Case Management Plan is intended for the parties' private efforts to resolve their dispute. Such discussions should precede the 4-15-11 conference.
> SO ORDERED.
> DATE 2-14-11 / VICTOR MARRERO, U.S.D.J.