# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

Gerald D. Silver, Esq.
direct tel +1 212 408 5260
gsilver@chadbourne.com

April 11, 2011

**BY FACSIMILE - (212) 805-6382**

Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/11

Re: **Riviera Finance of Texas, Inc. v. Capgemini U.S. LLC, 10 Civ. 5489 (VM)**

Dear Judge Marrero:

We represent defendant Capgemini U.S. LLC in the above-referenced action. We are writing to respectfully request an adjournment of the conference scheduled for April 15, 2011. Counsel for plaintiff Riviera Finance of Texas, Inc joins in this request.

The reasons for this request are two-fold. First, I need to undergo surgery on April 13, 2011 and it may be difficult for me to appear in Court on April 15, 2011. Second, the parties are finishing up some discovery with respect to out of state witnesses, which has taken a little longer than anticipated. The parties believe that the conference (which is also to be used as a Settlement Conference) will be more productive after this discovery is completed. This is the second request for an adjournment. The first request was granted.

Accordingly, the parties respectfully request an adjournment of the conference until in or about mid-May, depending on Your Honor's schedule. The parties also request that the deadline for filing dispositive motions be extended from April 29, 2011 until two weeks after the new date of the conference.

Thank you very much for your consideration.

Respectfully submitted,

Gerald D. Silver

cc: Michael Spero, Esq. (By Facsimile (609-392-7956))

Request GRANTED. The next status conference herein is rescheduled to 5-13-11 at 9:15 A.M. The time for filing dispositive motions is extended to a date to be set at the next conference.
SO ORDERED.

4-12-11
DATE     VICTOR MARRERO, U.S.D.J.

New York Washington Los Angeles Mexico City São Paulo London Moscow Warsaw Kyiv Almaty Dubai Beijing