# STERNS & WEINROTH

A PROFESSIONAL CORPORATION
## COUNSELLORS AT LAW
50 WEST STATE STREET
SUITE 1400
P.O. BOX 1298
TRENTON, NEW JERSEY 08607-1298
(609) 392-2100
FACSIMILE
(609) 392-7956
WWW.STERNSLAW.COM

Member, NJ, NY and GA Bars
Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney
Michael A. Spero: (609) 989-5009
e-mail: mspero@sternslaw.com

File No.: 51170-55

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/11
```

September 27, 2011

**Via U.S. Mail and Facsimile: 212-805-6382**
Honorable Victor Marrero
United States Courthouse
500 Pearl Street, Courtroom 20B
New York, NY 10007

      **Re:**    **Riviera Finance of Texas, Inc. vs. Capgemini U.S., LLC, 10 Civ. 5489 (VM)**

Dear Judge Marrero:

      We represent Riviera Finance of Texas, Inc. ("Riviera") and write to respectfully request permission to file a letter, not to exceed two (2) pages, in further support of Riviera's motion for summary judgment.

                                  Respectfully submitted,

                                    Michael A. Spero

cc:     Gerald D. Silver, Esq. (Via Facsimile: 647-710-5260)
         Riviera Finance of Texas, Inc.

Request GRANTED. Plaintiff is authorized to submit a letter-brief not to exceed two pages which shall serve as the reply in support of its motion for summary judgment herein.

**SO ORDERED:**

9-28-11
**DATE**      **VICTOR MARRERO, U.S.D.J.**

{00451613;v1}1