UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
RIVIERA FINANCE OF TEXAS, INC.,           :
                                          :   10 Civ. 5489 (VM)
                         Plaintiff,       :
                                          :   NOTICE OF APPEAL
        -against-                         :
                                          :
CAPGEMINI U.S., LLC,                      :
                                          :
                         Defendant.       :
---------------------------------------------------------------- x

        Notice is hereby given that defendant Capgemini U.S. LLC hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on April 5, 2012.

Dated:  New York, New York
        April 11, 2012

                                    CHADBOURNE & PARKE LLP

                          By: _____/s/ Gerald D. Silver_____
                                Gerald D. Silver, Esq.
                                30 Rockefeller Plaza
                                New York, NY  10112
                                Tel: (212) 408-5260
                                Fax: (646) 710-5260
                                gsilver@chadbourne.com
                                Attorneys for Defendant-Appellant