**Appeal Bond**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/12

Travelers Casualty and Surety Company of America
One Tower Square 3PB, Hartford, CT 06183

| Riviera Finance of Texas, Inc. | |
|---|---|
| Plaintiff(s) | Bond No. 105768184 |
| -against- | Index or Cause No. 10 Civ. 5489 |
| Capgemini U.S., LLC | |
| Defendant(s) | |

KNOW ALL MEN BY THESE PRESENTS, that we _____ CAPGEMINI U.S., LLC _____, as Principal, and **Travelers Casualty and Surety Company of America**, a corporation organized under the laws of the State of Connecticut and authorized to do business in the State of __TX__, as Surety, are held and firmly bound unto _____ RIVIERA FINANCE OF TEXAS, INC. _____, as Obligee, in the maximum penal sum of _____ Four Hundred Ninety One Thousand Five Hundred Sixty Nine and 05/100 Dollars ($ 491,569.05 _____), lawful money of the United States of America, for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has appealed to the United States Court of Appeals For The Second Circuit from a judgment entered on the __5th__ day of _____ April _____, __2012__.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full, force and effect.

IN NO EVENT, however, shall the surety's obligation under this bond exceed the maximum aggregate sum of _____ Four Hundred Ninety One Thousand Five Hundred Sixty Nine and 05/100 Dollars ($ 491,569.05 _____)

SIGNED, SEALED AND DATED this __1st__ day of _____ May _____, __2012__.

CAPGEMINI U.S., LLC

By: _____

Travelers Casualty and Surety Company of America

By: _Wayne G. McVaugh_, Attorney-in-Fact

APPROVED May 9, 2012

RUBY J. KRAJICK
CLERK OF COURT

BY _____
Deputy Clerk

S-5347 (12-99)

# PRINCIPAL'S ACKNOWLEDGMENT

State of _____

County of _____

On _____ before me, _____,
personally appeared _____, who proved to me
on the basis of satisfactory evidence to be the person(s) whose
name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of
_____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


(seal)                        Signature _____

## CORPORATE ACKNOWLEDGEMENT-SURETY

STATE OF NEW JERSEY

　　　　　　　　　　　　ss.

COUNTY OF BURLINGTON

On this <u>1st</u> day of <u>May</u> , <u>2012</u>, before me came <u>Wayne G. McVaugh</u>, to me known, who, being by me duly sworn, did depose and say that he/she resides in Philadelphia, PA, that he/she is Attorney-in-Fact of <u>Travelers Casualty and Surety Company of America</u>, the corporation described in and which executed the foregoing instrument as principal; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he/she signed his name thereto by like order.

Notary Public: Jaquanda S. Martin
My commission expires: October 29, 2013

JAQUANDA S. MARTIN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 10/29/2013

# POWER OF ATTORNEY



Farmington Casualty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company

St. Paul Mercury Insurance Company
Travelers Casualty and Surety Company
Travelers Casualty and Surety Company of America
United States Fidelity and Guaranty Company

Attorney-In Fact No. 222635

Certificate No. 004419349

**KNOW ALL MEN BY THESE PRESENTS**: That St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Darella White, Richard G. Dicciani, Richard A. Jacobus, Mary C. O'Leary, Douglas R. Wheeler, Maureen McNeill, Wayne G. McVaugh, Rosemarie Caponi, Elizabeth Marrero, and Sandra E. Bronson

of the City of __Philadelphia__, State of __Pennsylvania__, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this __18th__ day of __July__, __2011__.

Farmington Casualty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company

St. Paul Mercury Insurance Company
Travelers Casualty and Surety Company
Travelers Casualty and Surety Company of America
United States Fidelity and Guaranty Company

State of Connecticut
City of Hartford ss.

By: _____
George W. Thompson, Senior Vice President

On this the __18th__ day of __July__, __2011__, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2016.

_____
Marie C. Tetreault, Notary Public

58440-6-11 Printed in U.S.A.

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kevin E. Hughes, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed the seals of said Companies this 1st day of May, 2012.

Kevin E. Hughes, Assistant Secretary

        

To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

## State of New York

## INSURANCE DEPARTMENT

### WHEREAS IT APPEARS THAT

Travelers Casualty and Surety Company of America

**Home Office Address**       Hartford, Connecticut

**Organized under the Laws of**       Connecticut

has complied with the necessary requirements of or pursuant to law, it is hereby

licensed to do within this State the business of
accident and health, fire, miscellaneous property, water damage, burglary and theft, glass, boiler and machinery, elevator, animal, collision, personal injury liability, property damage liability, workers' compensation and employers' liability, fidelity and surety, credit, motor vehicle and aircraft physical damage, marine and inland marine, marine protection and indemnity, residual value, service contract reimbursement, legal services and gap insurance, as specified in paragraph(s) 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 28, 29 and 26(A)(B)(C)(D) of Section 1113(a) of the New York Insurance Law and also such workers' compensation insurance as may be incident to coverages contemplated under paragraphs 20 and 21 of Section 1113(a), including insurances described in the Longshoremen's and Harbor Workers' Compensation Act (Public Law No. 803, 69 Cong. as amended; 33 USC Section 901 et seq. as amended), and as authorized by Section 4102(c), insurance of every kind or description outside of the United States and reinsurance of every kind or description to the extent permitted by certified copy of its charter document on file in this Department until July 1, 2012.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, New York, this 1st day of July, 2011

James J. Wrynn
Superintendent

By       *Clark J. Williams*

Clark J. Williams
Special Deputy Superintendent

Original on Watermarked Paper

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

HARTFORD, CONNECTICUT 06183

FINANCIAL STATEMENT AS OF JUNE 30, 2011

CAPITAL STOCK $ 6,480,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---:|---|---:|
| CASH AND INVESTED CASH | $ 114,672,285 | UNEARNED PREMIUMS | $ 799,704,180 |
| BONDS | 3,546,592,212 | LOSSES | 941,939,863 |
| INVESTMENT INCOME DUE AND ACCRUED | 46,689,952 | REINSURANCE PAYABLE ON PAID LOSSES & LOSS ADJ. EXPENSES | 2,254,067 |
| OTHER INVESTED ASSETS | 422,372,168 | LOSS ADJUSTMENT EXPENSES | 518,743,284 |
| PREMIUM BALANCES | 270,891,422 | COMMISSIONS | 21,334,250 |
| NET DEFERRED TAX ASSET | 61,045,090 | TAXES, LICENSES AND FEES | 54,624,896 |
| REINSURANCE RECOVERABLE | 15,379,846 | OTHER EXPENSES | 19,842,342 |
| RECEIVABLES FROM PARENT, SUBSIDIARIES AND AFFILIATES | 60,449,587 | FUNDS HELD UNDER REINSURANCE TREATIES | 94,637,688 |
| SECURITIES LENDING REINVESTED COLLATERAL ASSETS | 5,022,088 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 38,210,145 |
| UNDISTRIBUTED PAYMENTS | 4,506,704 | REMITTANCES AND ITEMS NOT ALLOCATED | 16,181,415 |
| OTHER ASSETS | 12,518 | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 26,557,328 |
| | | RETROACTIVE REINSURANCE RESERVE ASSUMED | 3,378,189 |
| | | POLICYHOLDER DIVIDENDS | 6,951,585 |
| | | PROVISION FOR REINSURANCE | 5,357,627 |
| | | PAYABLE FOR SECURITIES | 24,698,853 |
| | | PAYABLE FOR SECURITIES LENDING | 5,022,088 |
| | | CEDED REINSURANCE NET PREMIUMS PAYABLE | (36,778,093) |
| | | ESCHEAT LIABILITY | 653,441 |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 314,201 |
| | | TOTAL LIABILITIES | $ 2,543,876,949 |
| | | | |
| | | CAPITAL STOCK | $ 6,480,000 |
| | | PAID IN SURPLUS | 433,903,760 |
| | | OTHER SURPLUS | 1,565,473,163 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $ 2,005,756,923 |
| TOTAL ASSETS | $ 4,549,633,872 | TOTAL LIABILITIES & SURPLUS | $ 4,549,633,872 |

STATE OF CONNECTICUT )
COUNTY OF HARTFORD ) SS.
CITY OF HARTFORD )

MICHAEL J. DOODY, BEING DULY SWORN, SAYS THAT HE IS SECOND VICE PRESIDENT, OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 30TH DAY OF JUNE, 2011.

SECOND VICE PRESIDENT

SUBSCRIBED AND SWORN TO BEFORE ME THIS
15TH DAY OF SEPTEMBER, 2011

NOTARY PUBLIC

SUSAN M. WEISSLEDER
*Notary Public*
*My Commission Expires November 30, 2012*

