# HURWITZ STAMPUR & ROTH
## ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

July 10, 2012

**By Hand Ex Parte**
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/12



RECEIVED
JUL 12 2012
CHAMBERS OF
JUDGE MARRERO

**Re: United States v. Johnny Morgan**
**1:12-CR000223 (VM)**

Dear Judge Marrero,

  I represent Mr. Morgan as appointed Counsel under the Criminal Justice Act (CJA). Mr. Morgan was indicted and charged as a Felon in Possession of a Weapon pursuant to United States Code (USC) Section 18-922(g). A review of the discovery provided by the government indicates the necessity to interview multiple witnesses and investigate other relevant information re: his arrest.

  I have consulted with Mr. Mel Mays, investigator, who has been approved in many Criminal Justice Act (CJA) cases and it appears that approximately 20-25 hours of investigation is required. Mr. Mays' hourly fee is $95.00.

  I have enclosed a CJA 21 Authorization form for your consideration. If any further information is required, please contact me at your convenience.

Very truly yours,

William J. Stampur

Encl.

WS/mm

SO ORDERED. Request GRANTED
7-12-12
DATE   VICTOR MARRERO, U.S.D.J.

BILLY/MORGAN,J/COVERLETTERMORGAN

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 1/06)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| SDNY | Johnny Morgan | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| | 12-CR-223 (VM) | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) | |
| USA v. Johnny Morgan | ☑ Felony  ☐ Petty Offense  ☐ Misdemeanor  ☐ Other  ☐ Appeal | ☑ Adult Defendant  ☐ Appellant  ☐ Juvenile Defendant  ☐ Appellee  ☐ Other | CC | |
| 11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense. | | | | |
| 18-922G | | | | |

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**12. ATTORNEY'S STATEMENT**

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

☑ Authorization to obtain the service. Estimated Compensation and Expenses: $ 2,375.00   OR $95.00/hr for 25 hours
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $500, excluding expenses)

Signature of Attorney _____   Date 7/6/2012

☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

William J. Stampur, Esq.
299 Broadway, Suite 800, New York NY, 10007

Telephone Number: (212) 619-4240

**13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See Instructions)

The discovery includes identification and statements regarding the possession of a gun at a location in the Bronx by two witnesses. Defense needs to interview these witnesses and investigate any other relevant info.

**14. TYPE OF SERVICE PROVIDER**

| 01 ☑ Investigator | 15 ☐ Other Medical |
| 02 ☐ Interpreter/Translator | 16 ☐ Voice/Audio Analyst |
| 03 ☐ Psychologist | 17 ☐ Hair/Fiber Expert |
| 04 ☐ Psychiatrist | 18 ☐ Computer (Hardware/Software/Systems) |
| 05 ☐ Polygraph | |
| 06 ☐ Documents Examiner | 19 ☐ Paralegal Services |
| 07 ☐ Fingerprint Analyst | 20 ☐ Legal Analyst/Consultant |
| 08 ☐ Accountant | 21 ☐ Jury Consultant |
| 09 ☐ CALR (Westlaw/Lexis, etc.) | 22 ☐ Mitigation Specialist |
| 10 ☐ Chemist/Toxicologist | 23 ☐ Duplication Services (See Instructions) |
| 11 ☐ Ballistics | |
| 13 ☐ Weapons/Firearms/Explosive Expert | 24 ☐ Other (Specify) |
| 14 ☐ Pathologist/Medical Examiner | |

**15. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judge or By Order of the Court _____

Date of Order _____   Nunc Pro Tunc Date _____

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES   ☐ NO

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $0.00 | $0.00 | |

**17. PAYEE'S NAME AND MAILING ADDRESS**

Mel Mays
85 Scotland Rd, Chestnut Ridge, NY, 10977

TIN: _____
Telephone Number: (201) 412-0470

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

**18. CERTIFICATION OF ATTORNEY**  I hereby certify that the services were rendered for this case.

Signature of Attorney _____   Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | $0.00 |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $500.

Signature of Presiding Judge  Victor Marrero   Date 7-12-12   Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | $0.00 |

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____   Date _____   Judge Code _____